# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 19, 2010

No. 09-41162
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

OSCAR ORNELAS-PORTOS,

Defendant-Appellant

Appeal from the United States District Court
for Southern the District of Texas
USDC No. 7:09-CR-972-1

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Oscar Ornelas-Portos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Ornelas-Portos has filed a response and a motion to unseal part of the record. Ornelas-Portos's motion is DENIED.

Our independent review of the record, the response, and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.